In the Matter of CLIFFORD HOWARD, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of Corrections, et al., Respondents. Mahoney, P. J., Weiss, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

In the Matter of PENDER L. JAMES, Petitioner, v E. W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. Mahoney, P. J., Kane, Yesawich, Jr., Levine and Harvey, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRUCE MASON, Petitioner, v ROBERT H. KUHLMANN, as Superintendent of Sullivan Correctional Facility, Respondent. Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDDIE JOSEPH GULLEY, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton County Correctional Facility, Respondent. Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.